No. 640. STOTT REALTY CO. *v.* HEYMANN ET AL. February 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.

*Messrs. Samuel S. Burman* and *Edgar G. Braun* for petitioner. *Messrs. Walter Ewing Hope* and *H. Struve Hensel* for respondents.